

# NUMBER 13-08-00591-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## IN RE: PABLO ZUNIGA

---

## On Petition for Writ of Mandamus

---

# MEMORANDUM OPINION

### Before Justices Yañez, Garza, and Vela
### Memorandum Opinion[1] Per Curiam

Relator, Pablo Zuniga, pro se, filed a petition for writ of mandamus on October 17, 2008, asking that this Court compel the District Clerk of Hidalgo County to provide to him a copy of the Pre-Sentence Investigation report used at relator's criminal trial.

We conclude that we do not have jurisdiction to grant the requested relief. This Court does not have mandamus jurisdiction over district clerks unless it is shown that issuance of the writ is necessary to enforce our jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a), (b) (Vernon 2004); *In re Coronado*, 980 S.W.2d 691, 692 (Tex. App.–San Antonio 1998, orig. proceeding); *see also In re Nubine*, No. 13-08-507-CV, 2008 Tex. App. LEXIS 6534, *1 (Tex. App.–Corpus Christi Aug. 27, 2008, orig. proceeding).

---

[1] *See* TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions), 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so.").

Relator has neither alleged nor shown that issuance of the writ is necessary to enforce our jurisdiction. Accordingly, the petition for writ of mandamus is hereby DISMISSED FOR WANT OF JURISDICTION. *See* TEX. R. APP. P. 52.8(a).


PER CURIAM


Do not publish.
TEX. R. APP. P. 47.2(b).
Memorandum Opinion delivered and
filed on the 23rd day of October, 2008.